UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

ALL RIGHT, TITLE, AND INTEREST IN:

ANY AND ALL SHARES OF STOCK AND
ANY OTHER INTEREST IN BRYANSTON
GROUP, INC. HELD IN THE NAME OR FOR
THE BENEFIT OF BEATRICE N. TOLLMAN
OR STANLEY S. TOLLMAN;

ANY AND ALL SHARES OF STOCK AND
ANY OTHER INTEREST IN T.H. COURT
CORP. HELD IN THE NAME OR FOR THE
BENEFIT OF STANLEY S. TOLLMAN; and

ANY AND ALL PARTNERSHIP INTEREST
AND ANY OTHER INTEREST IN T.H. COURT
LIMITED LIABILITY PARTNERSHIP HELD
IN THE NAME OR FOR THE BENEFIT OF
STANLEY S. TOLLMAN OR BRETT G.
TOLLMAN,

                Defendants in rem.
---------------------------------------------------------------X

Case No.: 08-CV-4806 (LAP/DCF)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Claimant Brett G. Tollman in the above-captioned matter.  I certify that I am admitted to practice in this Court.

Dated:    New York, New York
            July 3, 2008

*(signature)*
John R. Wing (JW-3847)
Lankler Siffert & Wohl LLP
500 Fifth Avenue
33rd Floor
New York, NY 10110
Phone: (212) 921-8399
Fax: (212) 764-3701
*Attorneys for Claimant*
*Brett G. Tollman*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008, I caused to be served by electronic means, via the Court's ECF system, the foregoing Notice of Appearance, on all counsel registered to receive electronic notices.

_/s/ John R. Wing_
John R. Wing (JW-3847)
Lankler Siffert & Wohl LLP
500 Fifth Avenue
33rd Floor
New York, NY 10110
Phone: (212) 921-8399
Fax: (212) 764-3701
*Attorneys for Claimant*
*Brett G. Tollman*