UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

UNITED STATES OF AMERICA,

                Plaintiff,

v.

ALL RIGHT, TITLE, AND INTEREST IN:

ANY AND ALL SHARES OF STOCK AND
ANY OTHER INTEREST IN BRYANSTON
GROUP, INC. HELD IN THE NAME OR FOR
THE BENEFIT OF BEATRICE N. TOLLMAN
OR STANLEY S. TOLLMAN;

ANY AND ALL SHARES OF STOCK AND
ANY OTHER INTEREST IN T.H. COURT
CORP. HELD IN THE NAME OR FOR THE
BENEFIT OF STANLEY S. TOLLMAN; and

ANY AND ALL PARTNERSHIP INTEREST
AND ANY OTHER INTEREST IN T.H. COURT
LIMITED LIABILITY PARTNERSHIP HELD
IN THE NAME OR FOR THE BENEFIT OF
STANLEY S. TOLLMAN OR BRETT G.
TOLLMAN,

                Defendants in rem.
———————————————————————X

Case No.: 08-CV-4806 (LAP/DCF)

**VERIFIED CLAIM OF
BRETT G. TOLLMAN**

       **PLEASE TAKE NOTICE** that Brett G. Tollman hereby submits this Verified Claim to the following property:

       Any and all partnership interest and any other interest in T.H. Court Limited Liability Partnership held in the name or for the benefit of Brett G. Tollman.

       Brett G. Tollman currently owns a 46.125% interest in T.H. Court Limited Liability Partnership, and thus, submits a claim to it.

Dated:   New York, New York
        July 2, 2008

                                                                                                                             /s/ John R. Wing
                                                John R. Wing
                                              Lankler Siffert & Wohl LLP
                                              500 Fifth Avenue
                                              33rd Floor
                                              New York, NY 10110
                                              Phone: (212) 921-8399
                                              Fax: (212) 764-3701
                                              *Attorneys for Claimant*
                                              *Brett G. Tollman*

## VERIFICATION

I, BRETT G. TOLLMAN, Claimant herein, declare under penalty of perjury under the laws of the United States of America that I have read the forgoing Claim to be submitted by my attorney, John R. Wing, and I acknowledge that the information and statements contained therein are true and correct to the best of my knowledge and belief.

_____
BRETT G. TOLLMAN

Executed this 1st day of July 2008.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

               Plaintiff,

   v.

ALL RIGHT, TITLE, AND INTEREST IN:

ANY AND ALL SHARES OF STOCK AND
ANY OTHER INTEREST IN BRYANSTON
GROUP, INC. HELD IN THE NAME OR FOR
THE BENEFIT OF BEATRICE N. TOLLMAN
OR STANLEY S. TOLLMAN;

ANY AND ALL SHARES OF STOCK AND
ANY OTHER INTEREST IN T.H. COURT
CORP. HELD IN THE NAME OR FOR THE
BENEFIT OF STANLEY S. TOLLMAN; and

ANY AND ALL PARTNERSHIP INTEREST
AND ANY OTHER INTEREST IN T.H. COURT
LIMITED LIABILITY PARTNERSHIP HELD
IN THE NAME OR FOR THE BENEFIT OF
STANLEY S. TOLLMAN OR BRETT G.
TOLLMAN,

               Defendants in rem.
----------------------------------------------------------X

Case No.: 08-CV-4806 (LAP/DCF)

## CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2008, I caused the Verified Claim of Brett G. Tollman to be served by electronic means, via the Court's ECF system, on all counsel registered to receive electronic notices. I also certify that I have caused copies of the Verified Claim of Brett G. Tollman to be served by first-class United States mail on the following:

Stanley J. Okula, Jr.
U.S. Attorney's Office
Southern District of New York
300 Quarropas Street, 3rd Floor
White Plains, NY 10601

Barbara A. Ward
U.S. Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

/s/ John R. Wing
John R. Wing (JW-3847)
Lankler Siffert & Wohl LLP
500 Fifth Avenue
33rd Floor
New York, NY 10110
Phone: (212) 921-8399
Fax: (212) 764-3701
*Attorneys for Claimant
Brett G. Tollman*