UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Case No.: 08-CV-4806 (LAP/DCF)

UNITED STATES OF AMERICA,

    Plaintiff,

 v.

ALL RIGHT, TITLE, AND INTEREST IN:   **NOTICE OF APPEARANCE**

ANY AND ALL SHARES OF STOCK AND
ANY OTHER INTEREST IN BRYANSTON
GROUP, INC. HELD IN THE NAME OR FOR
THE BENEFIT OF BEATRICE N. TOLLMAN
OR STANLEY S. TOLLMAN;

ANY AND ALL SHARES OF STOCK AND
ANY OTHER INTEREST IN T.H. COURT
CORP. HELD IN THE NAME OR FOR THE
BENEFIT OF STANLEY S. TOLLMAN; and

ANY AND ALL PARTNERSHIP INTEREST
AND ANY OTHER INTEREST IN T.H. COURT
LIMITED LIABILITY PARTNERSHIP HELD IN
THE NAME OR FOR THE BENEFIT OF
STANLEY S. TOLLMAN OR BRETT G.
TOLLMAN,

    Defendants in rem.
---------------------------------------------------------------X

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

  Please enter my appearance as counsel for Claimant Beatrice N. Tollman in the above-captioned matter. I certify that I am admitted to practice in this Court.

6547/58127-001 Current/11425435v1                 06/26/2008 12:40 PM

Dated:  New York, New York

July 7, 2008

                                                  Stuart E. Abrams (SA-6957)
                                                  Frankel & Abrams
                                                  230 Park Avenue
                                                  Suite 660
                                                  New York, New York  10169-0005
                                                  Phone: (212) 661-5000
                                                  Fax: (212) 661-5007

                                                  *Attorneys for Claimant*
                                                  *Beatrice N. Tollman*