UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Case No.: 08-CV-4806 (LAP/DCF)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALL RIGHT, TITLE, AND INTEREST IN:

ANY AND ALL SHARES OF STOCK AND
ANY OTHER INTEREST IN BRYANSTON
GROUP, INC. HELD IN THE NAME OR FOR
THE BENEFIT OF BEATRICE N. TOLLMAN
OR STANLEY S. TOLLMAN;

ANY AND ALL SHARES OF STOCK AND
ANY OTHER INTEREST IN T.H. COURT
CORP. HELD IN THE NAME OR FOR THE
BENEFIT OF STANLEY S. TOLLMAN; and

ANY AND ALL PARTNERSHIP INTEREST
AND ANY OTHER INTEREST IN T.H. COURT
LIMITED LIABILITY PARTNERSHIP HELD IN
THE NAME OR FOR THE BENEFIT OF
STANLEY S. TOLLMAN OR BRETT G.
TOLLMAN,

        Defendants in rem.
------------------------------------------------------X

**VERIFIED CLAIM OF**
**BEATRICE N. TOLLMAN**

**PLEASE TAKE NOTICE** that Beatrice N. Tollman, through her Attorney, Colin J.

Passmore, appointed on 11 December 2007 pursuant to a durable Power of Attorney in

accordance with Section 10 of the United Kingdom Powers of Attorney Act 1971 and pursuant

to Article 5 Title 15 of the New York General Obligation Law hereby submits this Verified Claim to the following property:

Any and all shares of stock and any other interest in Bryanston Group, Inc. held in the name or for the benefit of Beatrice N. Tollman;

Beatrice N. Tollman owns a 50% interest in Bryanston Group, Inc., and thus, submits a claim to it.

Dated:    New York, New York

       July 7, 2008

/s/ James A. Bruton
Gerald A. Feffer
James A. Bruton, III (JB-5011)
Paul Mogin
(Application for admission
 pro hac vice pending)
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5216
Fax: (202) 434-5029

/s/ Stuart E. Abrams
Stuart E. Abrams (SA-6957)
Frankel & Abrams
230 Park Avenue
Suite 660
New York, New York  10169-0005
Phone: (212) 661-5000
Fax: (212) 661-5007

*Attorneys for Claimant
Beatrice N. Tollman*

2

## VERIFICATION

I, COLIN J. PASSMORE, of Simmons & Simmons, City Point, One Ropemaker Street, London EC2Y 9SS, am Attorney for Claimant BEATRICE N. TOLLMAN appointed on 11 December 2007 pursuant to a durable Power of Attorney in accordance with Section 10 of the United Kingdom Powers of Attorney Act 1971 and pursuant to Article 5 Title 15 of the New York General Obligation Law;

I am, therefore, empowered to act on behalf of BEATRICE N. TOLLMAN on all matters relating to the property which is the subject of the instant civil forfeiture claim; and

I hereby verify under penalty of perjury under the laws of the United States of America that I have read the foregoing Claim to be submitted by, Williams & Connolly LLP and Frankel & Abrams, and I acknowledge that the information and statements contained therein are true and correct to the best of my knowledge and belief.

_____
COLIN PASSMORE

Executed this 4th day of July 2008.