UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,                :
                              Plaintiff,  :   Case No.: 08-CV-4806 (LAP/DCF)

     v.                                 :

ALL RIGHT, TITLE, AND INTEREST IN:       :

ANY AND ALL SHARES OF STOCK AND
ANY OTHER INTEREST IN BRYANSTON          :
GROUP, INC. HELD IN THE NAME OR FOR      :   **APPEARANCE**
THE BENEFIT OF BEATRICE N. TOLLMAN       :
OR STANLEY S. TOLLMAN;                   :

ANY AND ALL SHARES OF STOCK AND          :
ANY OTHER INTEREST IN T.H. COURT         :
CORP. HELD IN THE NAME OR FOR THE        :
BENEFIT OF STANLEY S. TOLLMAN; and       :

ANY AND ALL PARTNERSHIP INTEREST         :
AND ANY OTHER INTEREST IN T.H. COURT     :
LIMITED LIABILITY PARTNERSHIP HELD       :
IN THE NAME OR FOR THE BENEFIT OF        :
STANLEY S. TOLLMAN OR BRETT G.           :
TOLLMAN,                                 :
                     Defendants in rem.  :
----------------------------------------X

To the Clerk of this court and all parties of record:

     Please enter my appearance as counsel in this case for claimant Stanley S. Tollman. I certify that I am admitted to practice in this court.

2

Dated: July 7, 2008

                      Respectfully submitted,

                      /s/ K. Chris Todd
                      K. CHRIS TODD
                      SDNY Bar Code: KT-8956
                      **KELLOGG, HUBER, HANSEN, TODD,**
                        **EVANS & FIGEL, P.L.L.C.**
                      1615 M ST NW, Suite 400
                      Washington, DC 20036
                      Tel.: (202) 326-7900
                      Fax: (202) 326-7999

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008, I caused the foregoing Notice of Appearance to be served via electronic means, via the Court's ECF system, on all counsel registered to receive electronic notices. Copies of the foregoing document will be served by first-class United States mail on any party identified in the Notice of Electronic Filing as receiving notice by other means.

_____
Andrew M. Hetherington
**KELLOGG, HUBER, HANSEN, TODD,
    EVANS & FIGEL, P.L.L.C.**
1615 M ST NW, Suite 400
Washington, DC 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999

## CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2008, I caused the foregoing Notice of Appearance to be served via electronic means, via the Court's ECF system, on all counsel registered to receive electronic notices. Copies of the foregoing document will be served by first-class United States mail on any party identified in the Notice of Electronic Filing as receiving notice by other means.

                              */s/ Andrew M. Hetherington*
                              Andrew M. Hetherington
                              **KELLOGG, HUBER, HANSEN, TODD,**
                                  **EVANS & FIGEL, P.L.L.C.**
                              1615 M ST NW, Suite 400
                              Washington, DC 20036
                              Tel.: (202) 326-7900
                              Fax: (202) 326-7999