UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

                     Plaintiff,

   v.

ALL RIGHT, TITLE, AND INTEREST IN:

ANY AND ALL SHARES OF STOCK AND ANY OTHER INTEREST IN BRYANSTON GROUP, INC. HELD IN THE NAME OR FOR THE BENEFIT OF BEATRICE N. TOLLMAN OR STANLEY S. TOLLMAN;

ANY AND ALL SHARES OF STOCK AND ANY OTHER INTEREST IN T.H. COURT CORP. HELD IN THE NAME OR FOR THE BENEFIT OF STANLEY S. TOLLMAN; and

ANY AND ALL PARTNERSHIP INTEREST AND ANY OTHER INTEREST IN T.H. COURT LIMITED LIABILITY PARTNERSHIP HELD IN THE NAME OR FOR THE BENEFIT OF STANLEY S. TOLLMAN OR BRETT G. TOLLMAN,

                     Defendants in rem.
---------------------------------------------------------------X

Case No.:  08-CV-4806 (LAP/DCF)

**APPEARANCE**

To the Clerk of this court and all parties of record:

     Please enter my appearance as counsel in this case for claimant Stanley S. Tollman.  I certify that I am admitted to practice in this court.

Dated: July 7, 2008

                                                Respectfully submitted,

                                                /s/ W. David Sarratt  
                                            W. DAVID SARRATT  
                                            SDNY Bar Code: WS-1439  
                                            **KELLOGG, HUBER, HANSEN, TODD,**  
                                                **EVANS & FIGEL, P.L.L.C.**  
                                            1615 M ST NW, Suite 400  
                                            Washington, DC 20036  
                                            Tel.: (202) 326-7900  
                                            Fax: (202) 326-7999

## CERTIFICATE OF SERVICE

     I hereby certify that on July 7, 2008, I caused the foregoing Notice of Appearance to be served via electronic means, via the Court's ECF system, on all counsel registered to receive electronic notices. Copies of the foregoing document will be served by first-class United States mail on any party identified in the Notice of Electronic Filing as receiving notice by other means.

/s/ Andrew M. Hetherington
Andrew M. Hetherington
**KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, P.L.L.C.**
1615 M ST NW, Suite 400
Washington, DC 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008, I caused the foregoing Notice of Appearance to be served via electronic means, via the Court's ECF system, on all counsel registered to receive electronic notices. Copies of the foregoing document will be served by first-class United States mail on any party identified in the Notice of Electronic Filing as receiving notice by other means.

_/s/ Andrew M. Hetherington_
Andrew M. Hetherington
**KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, P.L.L.C.**
1615 M ST NW, Suite 400
Washington, DC 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999