UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

        v.

ALL RIGHT, TITLE, AND INTEREST IN:

ANY AND ALL SHARES OF STOCK AND ANY OTHER INTEREST IN BRYANSTON GROUP, INC. HELD IN THE NAME OR FOR THE BENEFIT OF BEATRICE N. TOLLMAN OR STANLEY S. TOLLMAN;

ANY AND ALL SHARES OF STOCK AND ANY OTHER INTEREST IN T.H. COURT CORP. HELD IN THE NAME OR FOR THE BENEFIT OF STANLEY S. TOLLMAN; and

ANY AND ALL PARTNERSHIP INTEREST AND ANY OTHER INTEREST IN T.H. COURT LIMITED LIABILITY PARTNERSHIP HELD IN THE NAME OR FOR THE BENEFIT OF STANLEY S. TOLLMAN OR BRETT G. TOLLMAN,

                Defendants in rem.

---------------------------------------------------------------X

Case No.: 08-CV-4806 (LAP/DCF)

**VERIFIED CLAIM OF STANLEY S. TOLLMAN**

      **PLEASE TAKE NOTICE** that Stanley S. Tollman hereby submits this Verified Claim to the following property:

      1.    Any and all shares of stock and any other interest in Bryanston Group, Inc. held in the name or for the benefit of Stanley S. Tollman;

      2.    Any and all shares of stock and any other interest in T.H. Court Corp. held in the name or for the benefit of Stanley S. Tollman; and

      3.    Any and all partnership interest and any other interest in T.H. Court Limited Liability Partnership held in the name or for the benefit of Stanley S. Tollman.

With respect to the "shares of stock and any other interest in Bryanston Group, Inc. held in the name or for the benefit of Stanley S. Tollman," Stanley S. Tollman no longer owns any interest in Bryanston Group, Inc., having transferred his 50% ownership interest to Beatrice N. Tollman.  Nevertheless, to the extent that the Government, in its Verified Complaint, claims that such transfer was ineffective on the ground that it was a purported "fraudulent conveyance," Stanley S. Tollman hereby submits a claim to that interest in Bryanston Group, Inc.

With respect to the "shares of stock and any other interest in T.H. Court Corp. held in the name or for the benefit of Stanley S. Tollman," Stanley S. Tollman currently owns a 50% interest in T.H. Court Corp., and thus, submits a claim to it.

With respect to the "partnership interest and any other interest in T.H. Court Limited Liability Partnership held in the name or for the benefit of Stanley S. Tollman," Stanley S. Tollman currently owns a 1% interest in T.H. Court Limited Liability Partnership, and thus, submits a claim to it.  With respect to the 36.125% partnership interest he transferred to Brett Tollman, to the extent that the Government, in its Verified Complaint, claims that transfer was ineffective on the ground that it was a purported "fraudulent conveyance," Stanley S. Tollman hereby submits a claim to that interest in T.H. Court Limited Liability Partnership as well.


Dated: July 7, 2008

Respectfully submitted,

/s/ K. Chris Todd
K. CHRIS TODD (KT-8956)
W. DAVID SARRATT (WS-1439)
JAMES M. WEBSTER, III
ANDREW M. HETHERINGTON
**KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, P.L.L.C.**
1615 M ST NW, Suite 400
Washington, DC 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999

*Attorneys for Claimant
Stanley S. Tollman*

## **VERIFICATION**

I, STANLEY S. TOLLMAN, Claimant herein, declare under penalty of perjury that I have read the forgoing Claim, and I acknowledge that the information and statements contained therein are true and correct to the best of my knowledge and belief.

_____
STANLEY S. TOLLMAN

Executed this 2nd day of July 2008.

## CERTIFICATE OF SERVICE

    I hereby certify that on July 7, 2008, I caused the Verified Claim of Stanley S. Tollman to be served via electronic means, via the Court's ECF system, on all counsel registered to receive electronic notices. I also certify that I have caused copies of the Verified Claim of Stanley S. Tollman to be served by first-class United States mail on the following:

Barbara Ann Ward
U.S. Attorney's Office, SDNY (St. Andw's)
One St. Andrew's Plaza
New York, NY 10007

Stanley John Okula, Jr.
U.S. Attorney's Office, Sdny (White Plains)
300 Quarropas Street, 3rd Floor
White Plains, NY 10601

Copies of the Verified Claim of Stanley S. Tollman will be served by first-class United States mail on any party identified in the Notice of Electronic Filing as receiving notice by other means.

                                                  Andrew M. Hetherington
                                                  **KELLOGG, HUBER, HANSEN, TODD,**
                                                        **EVANS & FIGEL, P.L.L.C.**
                                                  1615 M ST NW, Suite 400
                                                  Washington, DC 20036
                                                  Tel.: (202) 326-7900
                                                  Fax: (202) 326-7999

# CERTIFICATE OF SERVICE

    I hereby certify that on July 7, 2008, I caused the Verified Claim of Stanley S. Tollman to be served via electronic means, via the Court's ECF system, on all counsel registered to receive electronic notices. I also certify that I have caused copies of the Verified Claim of Stanley S. Tollman to be served by first-class United States mail on the following:

Barbara Ann Ward
U.S. Attorney's Office, SDNY (St. Andw's)
One St. Andrew's Plaza
New York, NY 10007

Stanley John Okula, Jr.
U.S. Attorney's Office, Sdny (White Plains)
300 Quarropas Street, 3rd Floor
White Plains, NY 10601

Copies of the Verified Claim of Stanley S. Tollman will be served by first-class United States mail on any party identified in the Notice of Electronic Filing as receiving notice by other means.

                                                Andrew M. Hetherington
                                                **KELLOGG, HUBER, HANSEN, TODD,**
                                                    **EVANS & FIGEL, P.L.L.C.**
                                                1615 M ST NW, Suite 400
                                                Washington, DC 20036
                                                Tel.: (202) 326-7900
                                                Fax: (202) 326-7999