```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X
                                    :
UNITED STATES OF AMERICA,           :   08 Civ. 4806 (LAP)
                                    :
                Plaintiff,          :       ORDER
                                    :
        v.                          :
                                    :
ALL RIGHT, TITLE AND INTEREST IN:   :
                                    :
ANY AND ALL SHARES OF STOCK AND     :
ANY OTHER INTEREST IN BRYANSON      :
GROUP, INC., HELD IN THE NAME OR    :
FOR THE BENEFIT OF BEATRICE N.      :
TOLLMAN OR STANLEY S. TOLLMAN;      :
                                    :
ANY AND ALL SHARES OF STOCK AND     :
ANY INTEREST IN T.H. COURT CORP.    :
HELD IN THE NAME OR FOR THE         :
BENEFIT OF STANLEY S. TOLLMAN; and  :
                                    :
ANY AND ALL SHARES OF STOCK AND     :
ANY INTEREST IN T.H. COURT LIMITED  :
LIABILITY PARTNERSHIP HELD IN THE   :
NAME OR FOR THE BENEFIT OF STANLEY  :
S. TOLLMAN OR BRETT G. TOLLMAN,     :
                                    :
                Defendants in rem.  :
                                    :
- - - - - - - - - - - - - - - - - -X

LORETTA A. PRESKA, U.S.D.J.

    Counsel shall confer and inform the Court how they propose to proceed.

SO ORDERED:

DATED:  New York, New York
        July 08, 2008

                                    _____
                                    LORETTA A. PRESKA, U.S.D.J.