UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

   v.

ALL RIGHT, TITLE, AND INTEREST IN:

ANY AND ALL SHARES OF STOCK AND
ANY OTHER INTEREST IN BRYANSTON
GROUP, INC. HELD IN THE NAME OR FOR
THE BENEFIT OF BEATRICE N. TOLLMAN
OR STANLEY S. TOLLMAN;

ANY AND ALL SHARES OF STOCK AND
ANY OTHER INTEREST IN T.H. COURT
CORP. HELD IN THE NAME OR FOR THE
BENEFIT OF STANLEY S. TOLLMAN; and

ANY AND ALL PARTNERSHIP INTEREST
AND ANY OTHER INTEREST IN T.H. COURT
LIMITED LIABILITY PARTNERSHIP HELD
IN THE NAME OR FOR THE BENEFIT OF
STANLEY S. TOLLMAN OR BRETT G.
TOLLMAN,

              Defendants in rem.

Case No.:  08-CV-4806 (LAP/DCF)

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

---

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, W. David Sarratt, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | James M. Webster, III |
| Firm Name: | Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. |
| Address: | 1615 M ST NW, Suite 400 |
| City/State/Zip: | Washington, DC 20036 |
| Phone Number: | (202) 326-7900 |
| Fax Number: | (202) 326-7999 |

James M. Webster, III is a member of good standing of the Bar of the States of Maryland and the District of Columbia.  There are no pending disciplinary proceeding against James M. Webster, III in any State or Federal court.


Dated: July 8, 2008

                                        Respectfully submitted,



                                        _____
                                        W. David Sarratt
                                        SDNY Bar Code: WS-1439
                                        KELLOGG, HUBER, HANSEN, TODD,
                                            EVANS & FIGEL, P.L.L.C.
                                        1615 M ST NW, Suite 400
                                        Washington, DC 20036
                                        Tel.: (202) 326-7900
                                        Fax: (202) 326-7999

                                        *Counsel for Stanley Tollman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | X | |
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.:  08-CV-4806 (LAP/DCF) |
| | : | |
| v. | : | |
| ALL RIGHT, TITLE, AND INTEREST IN: | : | |
| | : | |
| ANY AND ALL SHARES OF STOCK AND ANY OTHER INTEREST IN BRYANSTON GROUP, INC. HELD IN THE NAME OR FOR THE BENEFIT OF BEATRICE N. TOLLMAN OR STANLEY S. TOLLMAN; | : | **Affidavit of W. David Sarratt In Support of Motion to Admit Counsel Pro Hac Vice** |
| | : | |
| ANY AND ALL SHARES OF STOCK AND ANY OTHER INTEREST IN T.H. COURT CORP. HELD IN THE NAME OR FOR THE BENEFIT OF STANLEY S. TOLLMAN; and | : | |
| | : | |
| ANY AND ALL PARTNERSHIP INTEREST AND ANY OTHER INTEREST IN T.H. COURT LIMITED LIABILITY PARTNERSHIP HELD IN THE NAME OR FOR THE BENEFIT OF STANLEY S. TOLLMAN OR BRETT G. TOLLMAN, | : | |
| | : | |
| Defendants in rem. | : | |
| | X | |

I, W. DAVID SARRATT, being duly sworn, hereby deposes and says as follows:

    1.  I am an associate at the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel,

P.L.L.C, counsel for claimant Stanley S. Tollman in the above captioned action.  The firm's

address is 1615 M Street, N.W., Washington, D.C., 20036 and the firm's telephone number is

(202) 326-7900.

2.  I am a member in good standing of the bars of New York (2005), and the District of Columbia (2007).  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have never been disciplined, censured, suspended, or disbarred from the practice of law in any jurisdiction to which I have been admitted nor are there any disciplinary proceedings pending against me in any jurisdiction.

4.  I am counsel for claimant Stanley S. Tollman in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of claimant's motion to admit James M. Webster, III as counsel pro hac vice to represent Mr. Tollman in this matter.

5.  I have known Mr. Webster since 2006.

6.  Mr. Webster is a partner in the firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

7.  I have found Mr. Webster to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

8.  Accordingly, I am pleased to move the admission of James M. Webster, III, pro hac vice.

9.  I respectfully submit a proposed order granting the admission of James M. Webster, III, pro hac vice, which is attached hereto as Exhibit A.

10. WHEREFORE it is respectfully requested that the motion to admit James M. Webster, III, pro hac vice, to represent Claimant Stanley S. Tollman in the above captioned matter, be granted.

Dated:  July 8, 2008
Washington, DC

_____
W. David Sarratt
SDNY Bar Code: WS – 1439


Subscribed and Sworn to before me

this ___8th___ day of ___July_____, 200_8_.


_____
Diane M Cooke
Notary Public, D.C.

My commission expires  _10/31/2011_____

**Diane M. Cooke**
**Notary Public, District of Columbia**
**My Commission Expires 10/31/2011**

3



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

JAMES M. WEBSTER, III

was on the    1ST    day of    APRIL, 1996

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on July 7,
2008.

GARLAND PINKSTON, JR., CLERK

By: _____
                Deputy Clerk

# Court of Appeals
## of Maryland
### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

*STATE OF MARYLAND, ss:*

*I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fifteenth day of December, 1994,*

## James McCormick Webster, III

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this seventh day of July, 2008.*

*Bessie M. Decker*

*Clerk of the Court of Appeals of Maryland*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

UNITED STATES OF AMERICA,                         :

                     Plaintiff,     :     Case No.:  08-CV-4806 (LAP/DCF)

                     :

    v.     :

ALL RIGHT, TITLE, AND INTEREST IN:     :

ANY AND ALL SHARES OF STOCK AND     :
ANY OTHER INTEREST IN BRYANSTON     :
GROUP, INC. HELD IN THE NAME OR FOR     :     **ORDER FOR ADMISSION PRO**
THE BENEFIT OF BEATRICE N. TOLLMAN     :     **HAC VICE ON WRITTEN**
OR STANLEY S. TOLLMAN;     :     **MOTION**

                     :

ANY AND ALL SHARES OF STOCK AND     :
ANY OTHER INTEREST IN T.H. COURT     :
CORP. HELD IN THE NAME OR FOR THE     :
BENEFIT OF STANLEY S. TOLLMAN; and     :

                     :

ANY AND ALL PARTNERSHIP INTEREST     :
AND ANY OTHER INTEREST IN T.H. COURT     :
LIMITED LIABILITY PARTNERSHIP HELD     :
IN THE NAME OR FOR THE BENEFIT OF     :
STANLEY S. TOLLMAN OR BRETT G.     :
TOLLMAN,     :

                     :

               Defendants in rem.     :
_____X

Upon the motion of W. David Sarratt, attorney for Stanley S. Tollman, and said sponsor

attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

       James M. Webster, III
       Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
       1615 M ST NW, Suite 400
       Washington, DC 200036
       Tel.: (202) 326-7900 / Fax: (202) 326-7999
       jwebster@khhte.com

is admitted to practice pro hac vice as counsel for Stanley S. Tollman in the above captioned case

in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel

shall forward the pro hac vice fee to the Clerk of Court.


Dated:

City, State:


_____

United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION TO ADMIT COUNSEL *PRO HAC VICE* and AFFIDAVIT OF W. DAVID SARRATT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* was served via overnight mail on this 8th day of July, 2008, on:

Barbara Ann Ward
U.S. Attorney's Office, SDNY (St. Andw's)
One St. Andrew's Plaza
New York, NY 10007

Stanley John Okula, Jr.
U.S. Attorney's Office, Sdny (White Plains)
300 Quarropas Street, 3rd Floor
White Plains, NY 10601

*Counsel for Plaintiff United States of America*

John Russell Wing
Lankler Siffert & Wohl LLP
500 Fifth Avenue
33rd Floor
New York, NY 10110

*Counsel for Claimant Brett Tollman*

Stuart Edward Abrams
Frankel & Abrams
230 Park Avenue - Suite 3330
New York, NY 10169

*Counsel for Claimant Beatrice Tollman*

Andrew M. Hetherington
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
1615 M ST NW, Suite 400
Washington, DC 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999