USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALL RIGHT, TITLE, AND INTEREST IN:

ANY AND ALL SHARES OF STOCK AND ANY OTHER INTEREST IN BRYANSTON GROUP, INC. HELD IN THE NAME OR FOR THE BENEFIT OF BEATRICE N. TOLLMAN OR STANLEY S. TOLLMAN;

ANY AND ALL SHARES OF STOCK AND ANY OTHER INTEREST IN T.H. COURT CORP. HELD IN THE NAME OR FOR THE BENEFIT OF STANLEY S. TOLLMAN; and

ANY AND ALL PARTNERSHIP INTEREST AND ANY OTHER INTEREST IN T.H. COURT LIMITED LIABILITY PARTNERSHIP HELD IN THE NAME OR FOR THE BENEFIT OF STANLEY S. TOLLMAN OR BRETT G. TOLLMAN,

        Defendants in rem.

-------------------------------------------------------X

Case No.: 08-CV-4806 (LAP/DCF)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of W. David Sarratt, attorney for Stanley S. Tollman, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    James M. Webster, III
    Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
    1615 M ST NW, Suite 400
    Washington, DC 200036
    Tel.: (202) 326-7900 / Fax: (202) 326-7999
    jwebster@khhte.com

is admitted to practice pro hac vice as counsel for Stanley S. Tollman in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 17, 2008
City, State:

*Loretta A. Preska*
United States District/Magistrate Judge

2