UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

               Plaintiff,

   v.

ALL RIGHT, TITLE, AND INTEREST IN:

ANY AND ALL SHARES OF STOCK AND
ANY OTHER INTEREST IN BRYANSTON
GROUP, INC. HELD IN THE NAME OR FOR
THE BENEFIT OF BEATRICE N. TOLLMAN
OR STANLEY S. TOLLMAN;

ANY AND ALL SHARES OF STOCK AND
ANY OTHER INTEREST IN T.H. COURT
CORP. HELD IN THE NAME OR FOR THE
BENEFIT OF STANLEY S. TOLLMAN; and

ANY AND ALL PARTNERSHIP INTEREST
AND ANY OTHER INTEREST IN T.H. COURT
LIMITED LIABILITY PARTNERSHIP HELD
IN THE NAME OR FOR THE BENEFIT OF
STANLEY S. TOLLMAN OR BRETT G.
TOLLMAN,

               Defendants in rem.
-----------------------------------------------------------X

Case No.: 08-CV-4806 (LAP/DCF)

**APPEARANCE**

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case for claimant Stanley S. Tollman. I certify that I am admitted to practice in this court.

2

Dated: July 30, 2008

                                      Respectfully submitted,

                                      /s/ Andrew M. Hetherington
                                  ANDREW M. HETHERINGTON
                                  SDNY Bar Code: AH-7948
                                  **KELLOGG, HUBER, HANSEN, TODD,**
                                      **EVANS & FIGEL, P.L.L.C.**
                                    1615 M ST NW, Suite 400
                                  Washington, DC 20036
                                  Tel.: (202) 326-7900
                                  Fax: (202) 326-7999

## CERTIFICATE OF SERVICE

      I hereby certify that on July 30, 2008, I caused the foregoing Notice of Appearance to be served via electronic means, via the Court's ECF system, on all counsel registered to receive electronic notices. Copies of the foregoing document will be served by first-class United States mail on any party identified in the Notice of Electronic Filing as receiving notice by other means.

                                  */s/ Andrew M. Hetherington*
                                  ANDREW M. HETHERINGTON
                                  SDNY Bar Code: AH-7948
                                  **KELLOGG, HUBER, HANSEN, TODD,**
                                      **EVANS & FIGEL, P.L.L.C.**
                                  1615 M ST NW, Suite 400
                                  Washington, DC 20036
                                  Tel.: (202) 326-7900
                                  Fax: (202) 326-7999