**FRANKEL & ABRAMS**
ATTORNEYS AT LAW

230 PARK AVENUE
NEW YORK, N.Y. 10169

SANDOR FRANKEL
STUART E. ABRAMS
M. BREEZE McMENNAMIN
WILLIAM J. BRADY, III
JENNIFER FRANKEL

TELEPHONE: (212) 661-5000
TELEFAX: (212) 661-5007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

July 23, 2008

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. All Right Title, etc.</u>, Case No. 08 Civ. 4806 (LAP)

Dear Judge Preska:

    We are local counsel for Claimant Beatrice N. Tollman. Pursuant to the Court's Order dated July 9, 2008, I respectfully advise the Court that counsel have conferred and have agreed upon the following schedule for proceedings in the above-referenced case:

| | |
|---|---|
| Government motion to strike claims | August 11, 2008 |
| Claimants' responses to Government motion to strike claims and for any motions to dismiss the Complaint | September 8, 2008 |
| Government's reply in support of motion to strike claims and its responses to any motions to dismiss the Complaint | September 29, 2008 |
| Replies in support of any motions to dismiss the Complaint | October 9, 2008 |

| | |
|---|---|
| Answers to the Complaint | Ten days after ruling on motions to dismiss the Complaint |

*The schedule is*
*So ordered*
*Loretta A Preska*
*USDJ*

Respectfully,

*[signature]*
Stuart E. Abrams

By hand   *August 4, 2008*

cc (by email):
   All Counsel