MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: STANLEY J. OKULA
    BARBARA A. WARD
Assistant United States Attorneys
One St. Andrew's Plaza
New York, New York 10007
Tel.: 914-993-1961 / 212-637-1048

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOTICE OF MOTION |
| Plaintiff, | 08 CV 4806 (LAP)(DCF) |
| -against- | |
| ALL RIGHT, TITLE, AND INTEREST IN: | |
| ANY AND ALL SHARES OF STOCK AND ANY OTHER INTEREST IN BRYANSTON GROUP, INC. HELD IN THE NAME OR FOR THE BENEFIT OF BEATRICE N. TOLLMAN OR STANLEY S. TOLLMAN; | |
| ANY AND ALL SHARES OF STOCK AND ANY OTHER INTEREST IN T.H. COURT CORP. HELD IN THE NAME OR FOR THE BENEFIT OF STANLEY S. TOLLMAN; and | |
| ANY AND ALL PARTNERSHIP INTEREST AND ANY OTHER INTEREST IN T.H. COURT LIMITED LIABILITY PARTNERSHIP HELD IN THE NAME OR FOR THE BENEFIT OF STANLEY S. TOLLMAN OR BRETT G. TOLLMAN, | |
| Defendants in rem. | |

PLEASE TAKE NOTICE that, upon the Declaration of Stanley J. Okula, Jr., Assistant United States Attorney, dated August 11, 2008, and upon the accompanying Memorandum of Law of the United States, and all prior papers and proceedings herein, the Plaintiff will move this Court before the Honorable Loretta A. Preska, United States District Judge, Southern District of New York, 500 Pearl Street, New York, New York, 10007, on a date to be set by the Court, for an order pursuant to Rules 12 and 56 of the Federal Rules of Civil Procedure, striking the claims filed by fugitives Stanley S. Tollman and Beatrice Nina Tollman, and for such other relief as is just and proper.

Dated: New York, New York
      August 11, 2008

>
> Respectfully submitted
>
> MICHAEL J. GARCIA
> United States Attorney for the
> Southern District of New York
> Attorney for the Plaintiff
> United States of America
>
> By:    s/Stanley J. Okula, Jr.
>       STANLEY J. OKULA, JR.
>       BARBARA A. WARD