```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
            Plaintiff,              :   08 Civ. 4806 (LAP)
                                    :
     -against-                      :   ORDER
                                    :
BRYANSTON GROUP, INC.,              :
T.H. COURT CORP., T.H. COURT        :
LIMITED LIABILITY PARTNERSHIP,      :
                                    :
            Defendants.             :
-------------------------------x

LORETTA A. PRESKA, United States District Judge:

In light of the resolution of this matter, all pending motions are denied as moot.

Counsel shall provide the Court with the necessary paperwork to close this matter in due course.

SO ORDERED
March 31, 2009

*Loretta A. Preska*
Loretta A. Preska, U.S.D.J.